| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226 |
| 4 | |
| 5 | Telephone: (559) 487-5561 |

**FILED**
JUL 3 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| UNITED STATES OF AMERICA, | ) | 1:12-CR-00151 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **APPLICATION AND ORDER** |
| v. | ) | **APPOINTING COUNSEL** |
| | ) | |
| CORY G. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Cory G. Johnson, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that they have received a report from the United States Forest Service, which indicates that Mr. Johnson has violated, among other offenses, Statement of Entries and Theft/Embezzlement of U.S. Property, and Officer or Employee of U.S. Government Converting Property, in violation of 18 U.S.C. §§ 1001, 641 and 654.

Dated: March 16, 2011

FRANCINE ZEPEDA
Assistant Federal Defender

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: March 17, 2011

DENNIS L. BECK
United States Magistrate Judge